IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   1:10-cr-200 (LMB) |
| LEE BENTLEY FARKAS, | ) |
| | ) |
| Defendant. | ) |

ORDER

To minimize the number of people in the courthouse, it is hereby

ORDERED that argument of defendant's Emergency Motion for Compassionate Release [Dkt. No. 591] will be held by tele-conference on Tuesday, September 15, 2020 at 10:30 am.

**To join the tele-conference, at 10:30 am, Tuesday, September 15, the parties should dial 1-877-336-1829 and use the access code 8896301**. To minimize background noise and ensure that that all callers but the speakers are muted, each party should call the court before close of business, Monday, September 14, 2020 to provide the name of the attorney who will speak on behalf of that party and the phone number from which that attorney will be calling. If at all possible, the attorneys who will be speaking during the tele-conference should dial in using land line telephones. Other counsel and the general public are able to call in to the same phone number using the same access code but will be in listen-only mode.

The Clerk is directed to reset the hearing deadlines and forward copies of this Order to counsel of record and the United States Probation Office.

Entered this 10th day of September, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge