# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:10-cr-00200 (LMB) |
| ) | |
| v. ) | The Honorable Leonie M. Brinkema |
| ) | |
| LEE BENTLEY FARKAS ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## UNITED STATES' STATUS REPORT IN RESPONSE TO THE COURT'S ORDER OF SEPTEMBER 22, 2020

The United States files this status report regarding defendant Lee Bentley Farkas, in compliance with its Order of September 22, 2020. *See* ECF No. 608. On September 15, 2020, the Court granted the defendant's Motion for Compassionate Release. *See* ECF Nos. 605 & 606. Following a notification to the Court of additional information for its consideration, the Court issued a subsequent Order, pursuant to which the United States submits this filing. *See* ECF No. 608.

Early this morning, BOP notified the United States Attorney's Office for the Eastern District of Virginia that the defendant was scheduled to be released today, Tuesday, September 29, 2020, from incarceration at FCI Coleman Low. BOP further informed our Office that the defendant was evaluated by a doctor yesterday, September 28, 2020. The medical evaluation resulted in a determination that the defendant was medically cleared to be released from custody. This afternoon, BOP updated our Office with confirmation that the defendant had, in fact, been processed out and released from his facility of incarceration.

Our Office was in contact with defense counsel yesterday, September 28, 2020, and this morning, September 29, 2020; defense counsel is aware that the defendant was medically cleared by BOP and set for release today.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Amelia R. Medina
Special Assistant United States Attorney [LT]
Tony Roberts
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3938

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2020, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

By: _____/s/_____
Amelia R. Medina
Special Assistant United States Attorney